**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Rachel Black and Andrew Black

**DEFENDANTS**

State Farm Insurance Company

**(b)** County of Residence of First Listed Plaintiff   Montgomery, PA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   McLean, IL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Joseph Chaiken, Joseph Chaiken & Associates, P.C., 1800 John F. Kennedy Blvd. - 14th Floor, Philadelphia, PA 19103, (215) 564-1800

Attorneys (If Known)
Louis E. Bricklin/Kathleen Dapper,  Bennett, Bricklin & Saltzburg, LLC , 1601 Market Street, Suite 1600  Phila., PA 19103 (215) 561-4300

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 2  U.S. Government
Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

X 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                      and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | X 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| X 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☐ 1 Original Proceeding
X 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Insurance dispute with diversity 28 U.S.C. § 1332
Brief description of cause:
Insurance Breach of Contract and Bad Faith Claims

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   X Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE                DOCKET NUMBER

DATE
December 22, 2015

SIGNATURE OF ATTORNEY OF RECORD
Louis E. Bricklin/Kathleen P. Dapper

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44**

APPENDIX I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL BLACK and ANDREW BLACK** | : |
| | : |
| **v.** | : **NO.** |
| | : |
| **STATE FARM INSURANCE COMPANY** | : |
| | : |
| | : |

## CASE MANAGEMENT TRACK DESIGNATION FORM

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits                    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.          ( X )

| | | |
|---|---|---|
|  12/22/15  | **Louis E. Bricklin/Kathleen P. Dapper** | **State Farm Mutual Automobile** Date |
| | **Attorney-at-law** | **Insurance Co.** |
| | | **Attorney for** |
| (215) 561-4300 | (215) 561-6661 | bricklin@bbs-law.com /dapper@bbs-law.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: 1860 Lippincott Road, Huntingdon Valley, PA 19006

Address of Defendant: One State Farm Plaza, Bloomington, IL 61710

Place of Accident, Incident or Transaction:  Insurance contract issued in Pennsylvania
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))
Yes☐    No X

Does this case involve multidistrict litigation possibilities?          Yes☐    No X
RELATED CASE, IF ANY:

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐    No X

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?          Yes☐    No X

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?          Yes☐    No X

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify)

B. Diversity Jurisdiction Cases:
1. X Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

**ARBITRATION CERTIFICATION**
(Check appropriate Category)

I,_____, counsel of record do hereby certify:
☐  Pursuant to Local Civil Rule 53.2, Section 3©)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case  exceed the sum of $150,000.00 exclusive of interest and costs;
☐  Relief other than monetary damages is sought.

**DATE:**_____          _____          _____
Attorney-at-Law          Attorney I.D.#
**NOTE:**  A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.**

**DATE:**   12/22/15          _____          20281 /315993
Louis E. Bricklin, Esquire/Kathleen P. Dapper          Attorney I.D.#
Attorney-at-Law

CIV. 609 (4/03)

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL BLACK and ANDREW BLACK** | : |
| | : |
| v. | : **NO.** |
| | : |
| **STATE FARM INSURANCE COMPANY** | : |
| | : |
| | : |
| | : |

## NOTICE OF REMOVAL

AND NOW, comes the defendant, State Farm Mutual Automobile Insurance Company (hereinafter "State Farm"), incorrectly characterized as State Farm Insurance Company[1], for the purpose only of removing this case to the United States District Court for the Eastern District of Pennsylvania and respectfully avers as follows:

1.      This is a civil action filed and now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, No. 151102736.

2.      The action was initiated by a complaint on November 19, 2015.  A copy of the complaint is attached hereto as Exhibit "A."

3.      A copy of the complaint was served upon State Farm on November 23, 2015.

4.      This notice of removal is being filed within 30 days of State Farm's receipt of plaintiffs' complaint via service.

5.      State Farm is now, and was at the time plaintiffs commenced this action and filed their complaint, a corporation organized under the laws of the State of Illinois with its principal place

---

[1]      Defendant avers that to the best of its knowledge there is no legal entity bearing the name "State Farm Insurance Company."  The insurance policy which is the basis of the claim sued upon was issued by State Farm Mutual Automobile Insurance Company.

of business in Illinois, and therefore, is a citizen of Illinois for purposes of determining diversity.
28 U.S.C. § 1332( c)(1).

6.     Plaintiffs Rachel Black and Andrew Black are citizens of the Commonwealth of
Pennsylvania.

7.     Plaintiffs make the following claims in their Complaint:

**Count One** (mistakenly labeled as Count II in the Complaint)
Breach of Contract

**Count Two**
Bad Faith

**Count Three**
Loss of Consortium

The amount in controversy between plaintiffs and State Farm is in excess of Seventy Five
Thousand Dollars ($75,000) exclusive of interest and costs, based upon plaintiffs' contract claims
against State Farm of $250,000, plus punitive damages and attorney's fees.  All of the counts aver
in substance that plaintiff Rachel Black is entitled to recover $250,000.00 in underinsured motorist
benefits from State Farm.  In addition, the complaint seeks punitive damages in an unspecified
amount and attorney's fees.  As a result, diversity jurisdiction exists pursuant to 28 U.S.C. § 1332.

8.     The averments made herein are true and correct with respect to the date upon which
suit was commenced, the date upon which State Farm received plaintiffs' Complaint, and the date
upon which this notice is being filed.

9.     28 U.S.C. § 1446(b) provides that:

The notice of removal of a civil action or proceeding shall be filed within thirty days
after the receipt by the defendant, through service or otherwise, of a copy of the
initial pleading setting forth the claim for relief upon which such action or proceeding
is based.

10.    State Farm files this Notice of Removal pursuant to 28 U.S.C. §1446(b).

11.    State Farm has, simultaneously with the filing of this Notice, given written notice to plaintiff.

12.    State Farm is filing a copy of the instant Notice of Removal and all attachments thereto with the Prothonotary of the Court of Common Pleas of Philadelphia County.

WHEREFORE, State Farm Mutual Automobile Insurance Company, incorrectly characterized as State Farm Insurance Company, hereby removes this suit to this Honorable Court pursuant to the laws of the United States.

**BENNETT, BRICKLIN & SALTZBURG LLC**

BY: _____
**LOUIS E. BRICKLIN**
**I.D. No. 20281**
**KATHLEEN P. DAPPER**
**I.D. No.  315993**
**1601 Market Street, 16th Floor**
**Philadelphia, PA 19103**
**(215) 561-4300**
**bricklin@bbs-law.com**
**dapper@bbs-law.com**
**Attorneys for Defendant,**
**State  Farm  Mutual  Automobile  Insurance**
**Company, incorrectly characterized as State Farm**
**Insurance Company**

3

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL BLACK and ANDREW BLACK** | : |
| | : |
| **v.** | : **NO.** |
| | : |
| **STATE FARM INSURANCE COMPANY** | : |
| | : |
| | : |

### NOTICE TO PLAINTIFFS

TO:    Rachel Black and Andrew Black
       c/o Joseph Chaiken, Esquire
       Joseph Chaiken & Associates, P.C.
       1800 John F. Kennedy Boulevard, 14th Floor
       Philadelphia, PA 19103

     Please take notice that defendant, State Farm Mutual Automobile Insurance Company, incorrectly characterized as State Farm Insurance Company, by its attorneys Bennett, Bricklin & Saltzburg LLC, has filed a Notice of Removal in the United States District Court for the Eastern District of Pennsylvania removing to that Court a Civil Action previously pending in the Court of Common Pleas of Philadelphia County, Civil Action No. 151102736 captioned <u>Rachel Black and Andrew Black v. State Farm Insurance Company</u>.

                     **BENNETT, BRICKLIN & SALTZBURG LLC**

**BY:**    _____
             **LOUIS E. BRICKLIN, ESQUIRE**
             **I.D. No. 20281**
             **KATHLEEN P. DAPPER**
             **I.D. NO. 315993**
             **1601 Market Street, 16th Floor**
             **Philadelphia, PA 19103**
             **(215) 561-4300**
             <u>**bricklin@bbs-law.com**</u>
             <u>**dapper@bbs-law.com**</u>
             **Attorney for Defendant,**
             **State Farm Mutual Automobile Insurance Company, incorrectly characterized as State Farm Insurance Company**

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL BLACK and ANDREW BLACK** | : |
| | : |
| **v.** | : **NO.** |
| | : |
| **STATE FARM INSURANCE COMPANY** | : |
| | : |
| | : |
| | : |

### PROOF OF FILING

COMMONWEALTH OF PENNSYLVANIA   :

COUNTY OF PHILADELPHIA      :

   Louis E. Bricklin, being duly sworn according to law, deposes and says that he is a member in the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant, State Farm Mutual Automobile Insurance Company, incorrectly characterized as State Farm Insurance Company, and that he did direct the filing of a copy of the Notice of Removal attached hereto with the Prothonotary of the Court of Common Pleas of Philadelphia County, said filing to be made on December 18, 2015 via electronic filing.

          **BENNETT, BRICKLIN & SALTZBURG LLC**

         **BY:** _____

           **LOUIS E. BRICKLIN, ESQUIRE**
           **I.D. No. 20281**
           **KATHLEEN P. DAPPER**
           **I.D. No. 315993**
           **1601 Market Street, 16th Floor**
           **Philadelphia, PA 19103**
           **(215) 561-4300**
           **bricklin@bbs-law.com**
           **dapper@bbs-law.com**
           **Attorneys for Defendant,**
           **State Farm Mutual Automobile Insurance**
           **Company, incorrectly characterized as State Farm**
           **Insurance Company**

Sworn to and subscribed to
me on this _22 nd_ day
of _December_ , 2015
_Denise M. Patsch_
NOTARY PUBLIC

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
DENISE M. PATSCH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 24, 2017

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

RACHEL BLACK and ANDREW BLACK    :
                                          :

                    v.                        : NO.

STATE FARM INSURANCE COMPANY    :
                                            :

COMMONWEALTH OF PENNSYLVANIA    :
                                              §

COUNTY OF PHILADELPHIA           :

### PROOF OF SERVICE

Louis E. Bricklin, after being first duly sworn upon oath, deposes and says that he is a member in the law firm of Bennett, Bricklin & Saltzburg, LLC, attorneys for the defendant, State Farm Mutual Automobile Insurance Company, incorrectly characterized as State Farm Insurance Company, and that he did serve this 18th day of December, 2015 the aforementioned Notice to plaintiffs upon the individuals named below via electronic filing and/or email addressed to:

    Rachel Black and Andrew Black
    c/o Joseph Chaiken, Esquire
    Joseph Chaiken & Associates, P.C.
    1800 John F. Kennedy Boulevard, 14th Floor
    Philadelphia, PA 19103
    jchaiken@jchaikenlaw.com

                      **BENNETT, BRICKLIN & SALTZBURG LLC**

                      **BY:**

                      **LOUIS E. BRICKLIN, ESQUIRE**
                      **I.D. No. 20281**
                      **KATHLEEN P. DAPPER**

Sworn to and subscribed          **I.D. No.  315993**
before me this 22nd day         **1601 Market Street, 16th Floor**
of December, 2015              **Philadelphia, PA 19103**
                      **(215) 561-4300**
NOTARY PUBLIC              **bricklin@bbs-law.com**
                      **dapper@bbs-law.com**
                      **Attorneys for Defendant,**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DENISE M. PATSCH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 24, 2017

                      **State Farm Mutual Automobile Insurance Company, incorrectly characterized as State Farm Insurance Company**

# Exhibit "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| NOVEMBER 2015 | **002736** |
| E-Filing Number: 1511042373 | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| RACHEL BLACK | STATE FARM INSURANCE |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1860 LIPPINCOTT RD<br>HUNTINGDON VALLEY PA 19006 | 3 STATE FARM PLAZA S<br>BLOOMINGTON IL 61704 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ANDREW BLACK | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1860 LIPPINCOTT RD<br>HUNTINGDON VALLEY PA 19006 | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 1 | ☒ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☐ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce  ☐ Settlement<br>☐ Minor Court Appeal  ☐ Minors<br>☐ Statutory Appeals  ☐ W/D/Survival |

CASE TYPE AND CODE

1J - BAD FAITH

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED<br>PRO PROTHY**<br>NOV 19 2015<br>D. SAVAGE | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES        NO |
|---|---|---|

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RACHEL BLACK , ANDREW BLACK

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JOSEPH CHAIKEN | 1800 J.F.K. BLVD<br>14TH FLOOR<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215) 564-1800 | (215) 564-5524 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 31187 | jchaiken@jchaikenlaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JOSEPH CHAIKEN | Thursday, November 19, 2015, 10:12 am |

FINAL COPY (Approved by the Prothonotary Clerk)

JOSEPH CHAIKEN & ASSOCIATES, P.C.
BY: Joseph Chaiken, Esquire – 31187
1800 John F. Kennedy Boulevard – 14th Floor
Philadelphia, Pennsylvania 19103
(215) 564-1800
jchaiken@jchaikenlaw.com

Attorney for: Plaintiffs

Filed and Attested by
PROTHONOTARY
17 NOV 2015 10:11 am
E. HAURIE

| | | |
|---|---|---|
| Rachel Black and Andrew Black | : | COURT OF COMMON PLEAS |
| 1860 Lippincott Road | : | PHILADELPHIA COUNTY |
| Huntingdon Valley, PA 19006 | : | |
| | : | |
| | : | |
| v. | : | |
| | : | TERM, 2015 |
| State Farm Insurance Company | : | NO.: |
| 3 State Farm Plaza S | : | |
| Bloomington, IL 61704 | : | |

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
Telephone: (215) 238-6333
Philadelphia, Pennsylvania 19107

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IN-MEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL

ASSOCIATION DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA LEGAL
One Reading Center
Filadelfia, Pennsylvania 19107
Telefona: (215) 238-6333
TTY: (215) 451-6197

Case ID: 151102736

JOSEPH CHAIKEN & ASSOCIATES, P.C.
BY: Joseph Chaiken, Esquire – 31187
1800 John F. Kennedy Boulevard – 14th Floor
Philadelphia, Pennsylvania 19103
(215) 564-1800
jchaiken@jchaikenlaw.com

Attorney for: Plaintiffs

| | | |
|---|---|---|
| Rachel Black and Andrew Black<br>1860 Lippincott Road<br>Huntingdon Valley, PA 19006 | : <br> : <br> : <br> : | COURT OF COMMON PLEAS OF<br>PHILADELPHIA COUNTY |
| v. | : <br> : | TERM, 2015 |
| State Farm Insurance Company<br>3 State Farm Plaza S<br>Bloomington, IL 61704 | : <br> : <br> : | NO.: |

## COMPLAINT
### THE PARTIES

1.      Plaintiffs Rachel and Andrew Black, wife and husband and are adult individuals and Pennsylvania citizens, residing at the address listed above.

2.      Defendant State Farm Mutual Automobile Insurance Co. (hereinafter "State Farm"), is a corporation organized under the laws of Pennsylvania with its nerve center and principal place of business at One State Farm Drive, Concordville, PA 19339.

3.      On or about May 5, 2010 plaintiff was operating a motor vehicle on Huntindon Pike stopped in the northbound lane, when she was suddenly and violently struck in the rear by a motor vehicle which was operated in a negligent and careless fashion by Cara M. Bruno.

4.      The accident was caused solely by the negligence of the defendant and not in any way by the conduct of the plaintiffs.

5.      As a result of the accident plaintiff sustained injury to her head, neck, back, legs, the muscles, discs and functions thereof as well as severe nervous shock and pain and suffering, she has been and may in the future be prevented from attending to her usual duties, activities and

Case ID: 151102736

occupation and she may as a result lose earnings or earning capacity she has incurred and may in

the future incur medical bills and other expenses all of which are or may be permanent.

6. Plaintiffs' injuries, losses and damages, pain and suffering, loss of life's pleasures, and the

monetary damages that result therefrom have a value far in excess of the policy limits of Cara

Mea Bruno's insurance policy with State Farm which is limited to $100,000.


## COUNT II – BREACH OF CONTRACT V. STATE FARM

9.    Plaintiff incorporates herein Paragraph 1 through 8.

10.    At the time of the collision, Plaintiff's had an underinsured motorist policy with the

defendant State Farm which provided coverage to the plaintiffs in the amount of $250,000 in

excess of the coverage of the tortfeasor Cara Mea Bruno.

11.    At the time of the collision, Plaintiffs were insured drivers through Defendant State

Farm's insurance policy, for which they paid valuable consideration.

12.    Defendant State Farm assigned Claim No. 38-L910-405 to Plaintiffs underinsured

motorist claim.

13.    On January 15, 2015 Plaintiff made a demand for underinsured motor benefits by sending

a demand package to Defendant State Farm, which included the following:

| | |
|---|---|
| Abington Hospital | 5/4/10 |
| Dr. Michael M. Burak, D.C. | 5/4/10 to 1/3/13 |
| Dr. Howard M. Natter | 6/3/10 to 8/7/13 (Report 7/28/14) |
| Byberry MRI & Diagnostic Imaging | 6/11/10, 10/7/11, 2/5/13, 8/22/13 |
| Dr. Simon Galapo | 2/10/11 to 8/17/11, 2/13/13, 6/18/13 |
| Dr. M. Sean Grady (surgeon) | 2/12/13 to 6/4/13 (Report 9/8/15) |
| Hospital of the University of PA | 2/26/13 to 2/27/13 |
| Holy Redeemer Hospital | 3/13/13, 4/1/13 |

Case ID: 151102736

14.    On March 24, 2015 Plaintiff made another demand for **underinsured** motorist benefits by sending records to State Farm indicating that plaintiff had medical bills which were paid by a PPO so that a lien for the medical bills would potentially be owed back to Aetna Insurance.

15.    Subsequently, additional medical records were sent, including a report from Dr. Sean Grady, dated 9/8/15, and various MRI films.

16.    To date, State Farm has not made any payment for plaintiff's injuries and damages as they are required to do under contract with the plaintiff.

17.    Under the State Farm policy, it promised to pay "...compensatory damages for bodily injuries the insured is legally entitled to recover from the owner or driver of an underinsured motor vehicle."

18.    The vehicle owned and operated by operated by Cara Mae Bruno is an underinsured motor vehicle as defined by the State Farm policy.

19.    Plaintiff has fully complied with all of the terms, conditions, and duties required under the State Farm policy.

20.    State Farm failed to objectively and fairly evaluate Plaintiff's underinsured motorists claim.

21.    State Farm failed to promptly offer payment of a reasonable and fair value to Plaintiff's claim.

22.    State Farm failed to fulfill the fiduciary, contractual, and statutory obligations to investigate, evaluate, and negotiate the underinsured motorists claim in good faith.

23.    For the reasons set for above, State Farm breached its duty and contract under the policy of insurance.

3

Case ID: 151102736

WHEREFORE, Plaintiffs, demand judgment by jury trial against Defendants, jointly and

severally, in an amount in excess of $50,000.00 plus interest, and costs and such other relief as

this Honorable Court may deem appropriate.

### COUNT III – BAD FAITH

24.    Plaintiff incorporates herein by reference the allegations contained in Paragraph 1

through 23.

25.    The actions of State Farm constitute bad faith under 42 Pa.C.S.A. §8371 as follows:

    a.    Unreasonably delayed the processing of a valid claim;

    b.    Knew or recklessly disregarded the fact that the delay was unreasonable;

    c.    Failing to objectively and fairly evaluate Plaintiff's claim;

    d.    Engaging in dilatory and abusive claims handling;

    e.    Failing to adopt or implement reasonable standards in evaluating Plaintiff's claim;

    f.    Acting unreasonably and unfairly in response to Plaintiff's claim;

    g.    Not attempting in good faith to effectuate a fair, prompt, and equitable settlement

of Plaintiff's claim in which the Defendant's liability under the policy had become

reasonably clear;

    h.    Subordinating the interests of its insured and those entitled under its insured's

coverage to its own financial monetary interests;

    i.    Failing to promptly offer reasonable payment to the Plaintiff for wage loss or

economic impairment, excess medical bills or other losses;

    j.    Failing to reasonably and adequately investigate Plaintiff's claim;

Case ID: 151102736

k.      Failing to reasonably and adequately evaluate or review the medical and

economic loss documentation in Defendant's possession;

l.      Violating the fiduciary duty owed to the Plaintiff;

m.      Acting unreasonably and unfairly by withholding underinsured motorist benefits

justly due and owing to the Plaintiff;

n.      Failing to make an honest, intelligent, and objective settlement offer; and

o.      Causing Plaintiff to expend money on the presentation of her claim.

26.     An insurer such as State Farm owes a fiduciary, contractual, and statutory obligation to

those such as Plaintiffs.

27.     At all relevant times, Plaintiffs fully complied with the terms and conditions of the policy

and all conditions precedent and subsequent to her right to recover under the policy.

28.     For the reasons set forth above, Defendant State Farm violated the policy of insurance, its

obligations as an insurer, has failed to act toward Plaintiffs in good faith for which State Farm is

liable for compensatory and punitive damages, together with interest, attorney's fees, court costs,

and such other relief as the Court deems appropriate.

29.     State Farm has engaged in wanton and reckless conduct with regard to the welfare,

interest and rights of the Plaintiff, and is liable for its bad faith conduct.


WHEREFORE, Plaintiffs, demand judgment by jury trial against Defendants, jointly and

severally, in an amount in excess of $50,000.00 plus interest, and costs, statutory punitive

damages and such other relief as this Honorable Court may deem appropriate.

Case ID: 151102736

## COUNT IV - LOSS OF CONSORTIUM

30.    Plaintiff Andrew Black incorporates by reference Paragraph 1 through 29.

31.    At the time of the collision and continuing to date, Andrew Black was the spouse of Plaintiff.

32.    As a result of this collision, Plaintiff Andrew Black has been deprived of the comfort, services, society, companionship and consortium of his spouse and will continue to be so deprived for an indefinite time in the future.

WHEREFORE, Plaintiff Andrew Black demands judgment by jury trial against Defendants, jointly and severally, in an amount in excess of $50,000.00 plus interest, and costs and such other relief as this Honorable Court may deem appropriate.

Respectfully submitted,
JOSEPH CHAIKEN & ASSOCIATES, PC

JOSEPH CHAIKEN, ESQUIRE

6

Case ID: 151102736

<u>VERIFICATION</u>

     I, Rachel Black, state that I am the Plaintiff in the foregoing action and here by verify that the facts upon which this complaint is based are true and correct to the best of my knowledge, information and belief.  Those statements are made subject to the penalties of 18 Pa.C.S. § 4909 pertaining to unsworn falsification to authorities.

DATE ___11/14/2015___

                                             _Rachel Black_____
                                           RACHEL BLACK

## VERIFICATION

I, Andrew Black, state that I am the Plaintiff in the foregoing action and here by verify that the facts upon which this complaint is based are true and correct to the best of my knowledge, information and belief. Those statements are made subject to the penalties of 18 Pa.C.S. § 4909 pertaining to unsworn falsification to authorities.


DATE _____                    _____
                                        ANDREW BLACK

CERTIFIED MAIL™

7009 2820 0003 4389 7039

FIRST-CLASS MAIL
$ 06.95
ZIP 19119
011D116...

POSTAGE

Joseph Chaiken & Assocaites, P.C.
1800 JFK Blvd.
14th Floor
Philadelphia, PA 19103

Rec'd in Corporate Law

NOV 2 3 2015

Litigation Section B-3

State Farm Insurance
3 State Farm Plaza
Bloomington, IL 61704

61751800001 0000



22000076336ST00

# CORPORATE HDQ B-3

COOK,JASON
Alias : JOWG
Dept# : 10080383330
Dept  : CORPORATE LAW
Phone : 3097350796

Pallet #: 22B-3LAW112315112315

Carrier: #: USPS
Tracking #: 70092820000343897039
Reference #:

---ALERT INFORMATION---

Alert #:

Instructions:

---ADDITIONAL INFORMATION---

11/23/2015 10:15:50 A